**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | | |
|---|---|---|
| HOMEWOOD CORPORATION, et al., | ) | |
| | ) | CASE NO. 2:19-cv-4165 |
| Plaintiffs, | ) | |
| | ) | JUDGE: _____ |
| vs. | ) | |
| | ) | MAGISTRATE JUDGE: _____ |
| JEROME TOWNSHIP, et al., | ) | |
| | ) | **<u>NOTICE OF REMOVAL</u>** |
| Defendants. | ) | |
| | ) | |

TO THE JUDGES OF THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF OHIO, EASTERN DIVISION:

1.      On September 10, 2019, Plaintiff Homewood Corporation commenced an action in the Union County, Ohio, Court of Common Pleas, bearing Case No. 2019-CV-0154, entitled "*Homewood Corporation v. Jerome Township, et al*.," praying judgment against Defendants. Said action is predicated on violations of Plaintiff's federal Due Process and Equal Protection rights with claims asserted under the Fifth and Fourteenth Amendments pursuant to 42 U.S.C. § 1983.  Said action is wholly of a civil nature over which this Court has original jurisdiction pursuant to 28 U.S.C. § 1331, and is one which may be removed to this Court pursuant to the provisions of 28 U.S.C. § 1441, as being a civil action involving a claim over which this Court has original jurisdiction involving a claim arising under the laws of the United States, all of which more fully appears in the Plaintiffs' Complaint, a copy of which is attached hereto and incorporated herein by reference.

2.      Said action also contains pendent state law claims over which this Court has jurisdiction under the provisions of 28 U.S.C. § 1367.

3. Copies of the purported Summons and the Complaint in the case was served or attempted to be served upon each Defendant under Ohio Civil Rule 4.1(A) as follows:

| | |
|---|---|
| Jerome Township | Served September 13, 2019 |
| Jerome Township Board of Trustees | Served September 13, 2019 |
| Joe Craft | Service requested September 10, 2019<br>Service status unknown |
| C.J. Lovejoy | Served September 13, 2019 |
| Ron Rhodes | Served September 13, 2019 |

4. Defendants attach hereto, and file herewith, a copy of the Summonses and Complaint served as aforesaid, as well as copies of all other process, pleadings and orders served upon them.

5. Defendants Jerome Township, Jerome Township Board of Trustees, Joe Craft, C.J. Lovejoy, and Ron Rhodes all join in this removal.  All Defendants are represented by the undersigned counsel.

**WHEREFORE**, Defendants pray that the case presently pending in the Court of Common Pleas of Union County, Ohio, against the Defendants be removed to this Court and proceed herein according to law.

Respectfully submitted,

MAZANEC, RASKIN & RYDER CO., L.P.A.

*s/Michael S. Loughry*
DOUG HOLTHUS  (0037046)
MICHAEL S. LOUGHRY  (0073656)
175 S. 3rd St., Ste. 1000
Columbus, OH 43215
(614) 228-5931; (614) 228-5934 – Fax
dholthus@mrrlaw.com
mloughry@mrrlaw.com
*Trial Counsel for Defendants*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that I have served the foregoing via email on September 19, 2019 to the following:

Laura MacGregor Comek
LAURA M. COMEK LAW LLC
501 S. High Street
Columbus, Ohio 43215
laura@comeklaw.com
Counsel for Plaintiff

*s/Michael S. Loughry*
DOUG HOLTHUS  (0037046)
MICHAEL S. LOUGHRY  (0073656)
*Trial Counsel for Defendants*

3